UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| HEATHER S. | Civil No. 3:19 -cv-01252-JR |
| Plaintiff, | |
| vs., | ORDER TO PAY<br>EAJA FEES |
| COMISSIONER  SOCIAL<br>SECURITY,<br>Defendant. | |

RUSSO,  Magistrate Judge:

Following my review of Plaintiff's Motion and supporting documentation, and after

consideration  of  Defendant's response,   and pursuant to the Equal Access to Justice

Act, 28 U.S.C. § 2412,  $14,000.00  is awarded to Plaintiff in care of her attorney, Nancy

J. Meserow,  and the check for EAJA fees shall be made payable to Nancy J. Meserow,

based upon Plaintiff's assignment of these amounts to Plaintiff's attorney Nancy J.

Meserow,  subject to the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 130

S. Ct. 2521 (2010); and  in addition, Plaintiff is awarded $20.00 for postage expenses, so

that the total amount awarded equals $14,020.00. Any check issued for EAJA fees or for

expenses shall be sent to Plaintiff in care of her attorney, Nancy J. Meserow, at her

office, located at the following address:

Law Office of Nancy J. Meserow
7540 SW 51st Ave.
Portland, OR
97219.


IT IS SO ORDERED.


Dated this 21st day of April, 2023



  /s/ Jolie A. Russo
Jolie A. Russo
U.S. Magistrate Judge