IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

HEATHER S.,                                                                                  CV# 3:19-CV-01252-JR

          Plaintiff,

                                                                           ORDER FOR ATTORNEY FEES
        v.                                                                                                                  UNDER 42 U.S.C § 406(B)

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

          Defendant.

      Plaintiff's Motion for Attorney Fees pursuant to 42 U.S.C. § 406(b), is hereby GRANTED, and Plaintiff's counsel is awarded  $31,340.50 under 42 U.S.C. § 406(b). Previously, this Court awarded Plaintiff EAJA fees in the amount of $14,000.00, to be  paid to Plaintiff's attorney, Ms. Meserow, after the satisfaction of Plaintiff's debts  under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). ECF Doc. 23. Therefore, when issuing the 406(b) fee check for payment to Plaintiff's counsel, the Commissioner is directed to subtract the $14,000.00 previously received, and to send  Ms. Meserow the remaining balance of $17,340.50, less any applicable processing fee prescribed by law. The § 406(b) check payable to Ms. Meserow should be mailed to Nancy J. Meserow, Law Office of Nancy J. Meserow, 7540 SW 51st Avenue, Portland, OR 97219.

      **IT IS SO ORDERED** this 18th day of April, 2024.


                                                                                  _/s/ Jolie A. Russo_____
                                                                                   Jolie A. Russo
                                                                                   U,S Magistrate Judge

ORDER GRANTING 406 (B) FEES, 3:20-cv-00090-IM